No. 98-9750.  DUNG HOANG LE v. LAMBERT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 98-9751.  MORSE v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 98-9753.  BROOKS v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 98-9754.  CARPENTER v. LUTHERAN SOCIAL SERVICES.  Ct. App. Wash.  Certiorari denied.

No. 98-9755.  BRAMWELL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98-9756.  AGUILAR v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98-9757.  BAKER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98-9758.  BOYD v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 98-9759.  ANDERSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98-9761.  COBB v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 98-9762.  CARTER v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 98-9763.  ROSE v. NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Haywood County, N. C.  Certiorari denied.

No. 98-9764.  RANDOLPH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98-9767.  GARRETT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.